IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

-----

No. 97-10874
Calendar Calendar

-----

JOHN JOSEPH ADAMS,

Petitioner-Appellant,

versus

JOHN M. TOMBONE,

Respondent-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1321-P
- - - - - - - - - - -
December 10, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

John Joseph Adams, federal prisoner #21595-077, appeals from the district court's denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He argues that the district court erred by determining that he had no liberty interest in obtaining early release after successful completion of a substance abuse program pursuant to 18 U.S.C. § 3621. We have reviewed the record and find no reversible error. See Venegas v.

-----

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Henman</u>, 126 F.3d 760 (5th Cir. 1997).  Accordingly, the judgment of the district court is AFFIRMED.